FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@laborlawyers.com
Attorney for Defendants,
Downtown Project, LLC, DTP Comm
Dev, LCC and Insperity PEO Services, LP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOY CONTRERAS, | ) |
| | ) Case No.  2:16-cv-01585-GMN-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME TO RESPOND TO** |
| DOWNTOWN PROJECT, LLC, a limited | ) **COMPLAINT** |
| Liability company; DTP COMM DEV, | )  **(First Request)** |
| LLC, a limited liability company; | ) |
| INSPERITY PEO SERVICES, L.P., a | ) |
| limited partnership; EMPLOYEE(S)/ | ) |
| AGENT(S) DOES 1-10; and ROE | ) |
| CORPORATIONS 11-20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have an extension of time up to and including July 29, 2016 to answer or otherwise respond to Plaintiff's Complaint on file herein. This is the first request for an extension of this deadline.   Defense counsel needs additional time to review the facts of this case and has numerous depositions and

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31862953.1

deadlines in other matters this month.

GABROY LAW OFFICES

FISHER & PHILLIPS LLP

/s/ Christian Gabroy, Esq.
Christian Gabroy, Esq.
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

/s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Attorneys for Defendants

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2016

FPDOCS 31862953.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101