# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JOY CONTRERAS,

        Plaintiff,

vs.

DOWNTOWN PROJECT, LLC, *et al.*,

        Defendant.

2:16-cv-01585-GMN-CWH

**ORDER**

Before the Court is Plaintiff's Notice of Settlement and Request to Vacate ENE (ECF NO. 10).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for August 23, 2016 is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before August 15, 2016.

DATED this 13th day of July, 2016.

 

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE