1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   300 S. Fourth Street
3  Suite 1500
4  Las Vegas, NV  89101
   Telephone:  (702) 252-3131
5  Facsimile:  (702) 252-7411
   E-Mail Address:  smahoney@laborlawyers.com
6  Attorney for Defendants,
   Downtown Project, LLC, DTP Comm
7  Dev, LCC and Insperity PEO Services, LP

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| JOY CONTRERAS, | ) |
| | ) Case No.  2:16-cv-01585-GMN-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| DOWNTOWN PROJECT, LLC, a limited Liability company; DTP COMM DEV, LLC, a limited liability company; INSPERITY PEO SERVICES, L.P., a limited partnership; EMPLOYEE(S)/ AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear

- 1 –

32195375

their own costs and attorney's fees.

GABROY LAW OFFICES

/s/ Christian Gabroy, Esq.
Christian Gabroy, Esq.
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:   March 20, 2017

32195375

- 2 -